# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00787-CV

### Thor Motor Coach, Inc., Appellant

### v.

### Daniel Rothwell, Individually, and as Dependent Administrator of the Estate of Mary Rothwell, Decedent, and for the Use and Benefit of All Surviving Wrongful Death Beneficiaries of Mary Cano Rothwell, Appellees

### FROM PROBATE COURT NO. 1 OF TRAVIS COUNTY
### NO. C-1-PB-19-000881, THE HONORABLE GUY S. HERMAN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Thor Motor Coach, Inc. has filed two notices of appeal, and each appeal has been assigned a separate appellate cause number in this Court. In each cause, appellant seeks to appeal from an order signed by the probate court on October 7, 2019, denying appellant's special appearance.[1] *See* Tex. R. Civ. P. 120a. Appellant has now filed an unopposed motion requesting that we consolidate the records and dismiss one of the appeals. We grant the motion and dismiss this appeal. *See* Tex. R. App. P. 42.1(a).

---

[1] On September 24, 2019, the probate court granted a motion to transfer venue filed by one of appellant's co-defendants, and subsequently, the cause was transferred to the district court in Burnet County. *See* Tex. R. Civ. P. 86, 89. According to appellant, it was unsure in which trial court it should file its notice of appeal and, in an abundance of caution, filed a notice of appeal in each court. *See* Tex. R. App. P. 26.1. The notice of appeal filed in Burnet County was assigned cause number 03-19-00788-CV in this Court, and appellant may continue to pursue its appeal in that cause.

_____

Chari L. Kelly, Justice

Before Justices Goodwin, Kelly, and Smith

Dismissed on Appellant's Motion

Filed:   February 7, 2020